UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ann Marie Morrissey, <br><br> Plaintiff, <br> v. <br><br> Citibank NA; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.:  1:13-cv-06550-CM |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 19, 2013

Respectfully submitted,

PLAINTIFF, Ann Marie Morrissey

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (SL 6331)
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Sergei Lemberg

                                              Sergei Lemberg