UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ann Marie Morrissey, | : <br> : <br> : Civil Action No.: 1:13-cv-06550-CM <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| Citibank NA; and DOES 1-10, inclusive, | : <br> : |
| Defendant. | : <br> : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Ann Marie Morrissey ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 19, 2013

    Respectfully submitted,

    By: /s/ Sergei Lemberg

    Sergei Lemberg (SL 6331)
    Lemberg Law L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  /s/ Sergei Lemberg

                                                  Sergei Lemberg